Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
 11332 Mountain View Ave., Suite C
 Loma Linda, California 92354
 Telephone: (909) 796-4560
 Facsimile:  (909) 796-3402
 E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JAORETHA GREGORY, ) | No.  EDCV 07-836 PJW |
| ) | |
|  Plaintiff, ) | ORDER AWARDING EAJA FEES |
|  v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
|  Defendant. ) | |

 Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

 IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND FIVE HUNDRED DOLLARS and 00/cents ($2,500.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  8/22/08  _____
        HON. PATRICK J. WALSH
        UNITED STATES MAGISTRATE JUDGE